**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000426
15-APR-2013
10:41 AM**

NO. CAAP-12-0000426

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for TBW Mortgage-Backed Trust Series 2006-4,
TBW Mortgage Pass-Through Certificates, Series 2006-4,
Plaintiff-Appellee,
v.
JACK V. MICELI, et al., Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0326(2))

ORDER APPROVING THE MARCH 26, 2013 STIPULATION FOR DISMISSAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the parties March 28, 2013 Stipulation for Dismissal, the papers in support, and the record and files herein, where no record on appeal has been docketed, it appears (1) the parties seek to dismiss the appeal, pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42, (2) the stipulation is signed by counsel for all parties on appeal, and (3) the parties agree to bear their own attorneys' fees and costs on appeal.  Therefore, pursuant to HRAP Rule 42(a),

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and attorneys' fees.

DATED: Honolulu, Hawai'i,  April 15, 2013.

Chief Judge

Associate Judge

Associate Judge